92 F.3d 1171
 HCB Contractors, a Texas Partnership
v.
Rouse & Associates, Inc., Willard G. Rouse, III, 1650 Market
Associates, Rouse 1650 Associates One, Third Rouse 1650
Associates One A, Third Rouse 1650 Associates Five A,
Liberty Place Hotel Associates, Rouse Hotel Associates One,
Rouse Hotel Associates Five, Liberty Place Retail
Associates, L.P., Liberty Place Retail Associates One, Third
Liberty Place Retail Associates One A, Liberty Place Parking
Phase II Associates,
 NOS. 95-1724, 95-1727, 95-1725, 95-1728, 95-1726, 95-1729
 United States Court of Appeals,
Third Circuit.
 July 19, 1996
 
 1
 Appeal From: E.D.Pa., Nos. 91-cv-5350, 91-cv-1732
 
 
 2
 AFFIRMED.